No. 43817.—Protest 971610–G of Wah Chang Trading Corp.   (New York).

Opinion by CLINE, J.   The appraiser reported that 89 out of the 145 cases were illegibly marked and he required that they be marked to show "China" as the country of origin before they were released.   An examination showed that the collector assessed the 10 percent additional duty only on the part which was not legally marked on arrival.   On the record presented and following Abstract 23829 the protest was therefore overruled.

No. 43818.—Protest 974932–G of Givaudan Delawanna, Inc. (New York).

Opinion by CLINE, J.   The record showed that 2 out of 28 drums of citronella oil were found upon importation to be marked "Product of Netherlands East Indies," that the remaining 26 drums were marked "Drums & Contents Produce of Dutch Indies," and that these 26 drums were required to be stenciled with the words "Netherlands East Indies" before they were released.   It appeared that the main defect in the marking was that it did not indicate whether the merchandise originated in the Dutch East Indies or Dutch West Indies, and a purchaser of the oil could not tell this from the marking.   The protest was overruled.   T. D. 45765 (1), T. D. 46332 (7), and T. D. 46332 (10) cited.

No. 43819.—Protest 2758–K of Unanue, Inc.   (New York).

Opinion by CLINE, J.   The sample consisted of a tin can containing fish in oil with a paper label containing the words "Packed in Tangier—Morocco."   On the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065), and Abstracts 40715, 41288, and 41129 it was held that the immediate containers of the fish here involved were legally marked at the time of importation.   The protest was therefore sustained, *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) cited.

No. 43820.—Protest 6203–K of Abraham & Straus, Inc. (New York).

Opinion by CLINE, J.   The record showed that the gloves were not marked but that the immediate containers and the packing cases were legally marked.   Following *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained.

No. 43821.—Protest 970912–G of A. D. Cohen Co. (New York).

Opinion by CLINE, J.   The record showed that neither the articles nor the immediate containers thereof bore any marking to indicate the country of origin. The protest was therefore overruled on the authority of *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104).